IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>LAMARKIUS KENTRELL BRUNT, and YASMIENE RAEVONNE BLANTON,<br><br>Defendants. | 4:18CR3127<br><br>**ORDER** |

Defendant Brunt previously filed a motion to suppress. (Filing No. 24). He has now moved to withdraw the motion to suppress, (Filing No. 31), and he needs additional time to prepare for trial. The court finds the motion to withdraw should be granted, and Brunt's request for at least 60 additional days to prepare for trial should be granted in the interest of justice.

Accordingly,

IT IS ORDERED:

1) Defendant Brunt's motion, (Filing No. 31), is granted, and his motion to suppress, (Filing No. 24), is hereby withdrawn.

2) As to both defendants, the trial of this case is set to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 1, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **March 25, 2019**, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

3) As to both defendants, the time between today's date and **March 25, 2019**, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to

adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 27th day of December, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge