IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>LAMARKIUS KENTRELL BRUNT,<br><br>Defendants. | 4:18CR3127<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to review detention, (Filing No. 158), is granted.

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

   a) Participate in a location monitoring program and abide by all requirements of the program, which will include electronic monitoring or other location verification system. Installation of monitoring equipment shall be at the defendant's expense, payable in advance of the installation; monitoring fees shall be paid by defendant monthly.

   b) The defendant shall be released to reside at The Welcome House, in Lincoln, Nebraska and will participate in intensive outpatient treatment. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the Welcome House facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, Defendant shall promptly report to the supervising officer or to any law enforcement officer. In addition, irrespective of whether Defendant self-reports upon discharge or leaving the facility, the United States Marshal, and/or any law enforcement officer is hereby authorized and ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) The defendant shall arrive at The Welcome House by 1:00 p.m. on September 15, 2021. Defense counsel shall communicate with the Marshal to arrange for Defendant's release for transport and timely arrival

September 13, 2021. BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge